PROB 12C
(6/16)

Report Date: May 17, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Artemisa Sanchez | Case Number: 0980 4:22CR06045-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 4, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Brandon Lloyd Pang | Date Supervision Commenced: January 29, 2024 |
| Defense Attorney: Jennifer R. Barnes | Date Supervision Expires: January 28, 2027 |

### PETITIONING THE COURT

To issue a summons.

On January 29, 2024, the judgement and sentence, including the conditions of supervision, were reviewed with Ms. Sanchez, who signed the conditions acknowledging an understanding of them.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Artemisa Sanchez is considered to be in violation of her supervised release by failing to report for drug testing as required on or about May 10, 2024. |
| | On May 10, 2024, the undersigned officer called Ms. Sanchez to provide her with reporting instructions. Ms. Sanchez did not answer and the undersigned officer was unable to leave a voice mail as her voice mail was full. The undersigned officer also sent Ms. Sanchez the reporting instructions in a text message. Ms. Sanchez failed to report as directed and failed to contact this officer to explain why she could not report. |
| 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C

Re: Sanchez, Artemisa
May 17, 2024
Page 2

**Supporting Evidence**: Artemisa Sanchez is considered to be in violation of her term of supervised release by ingesting methamphetamine, on or before May 9, 2024.

On May 13, 2024, Ms. Sanchez reported to the probation office as requested. During this office contact, Ms. Sanchez completed a drug test which was presumptive positive for methamphetamine and amphetamine. Ms. Sanchez indicated she ingested methamphetamine on May 9, 2024, and signed a drug use admission form. The drug test was packaged and sent to Abbott Laboratory for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/17/2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/17/2024
Date