PROB 12C
(6/16)

Report Date: May 31, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Artemisa Sanchez | Case Number: 0980 4:22CR06045-SAB-1 |
| Address of Offender: ███████ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 4, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2) | |
| Original Sentence: Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Brandon Lloyd Pang | Date Supervision Commenced: January 29, 2024 |
| Defense Attorney: Jennifer R. Barnes | Date Supervision Expires: January 28, 2027 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 17, 2024.

On January 29, 2024, the judgement and sentence, including the conditions of supervision, were reviewed with Ms. Sanchez, who signed the conditions acknowledging an understanding of them.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Artemisa Sanchez is considered to be in violation of her supervised release by failing to report to Merit Resource Services (Merit) for a random urinalysis (UA) on May 28, 2024. |
| | On May 13, 2024, the substance abuse testing instructions were reviewed with Ms. Sanchez. Ms. Sanchez verbally acknowledged her understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Ms. Sanchez was to report to Merit and submit to a drug screen. |
| | On May 29, 2024, this officer received notification from Merit that Ms. Sanchez failed to submit a UA on May 28, 2024. |

Prob12C
Re: Sanchez, Artemisa
May 31, 2024
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Artemisa Sanchez is considered to be in violation of her supervised release by using methamphetamine on or about May 29, 2024.

On May 29, 2024, Ms. Sanchez reported to the probation office as required. At this time, she submitted a urinalysis that tested presumptive positive for methamphetamine. Ms. Sanchez informed the undersigned that she had not used methamphetamine since on or about May 9, 2024. The drug test was packaged and sent to Abbott Laboratory for confirmation, and the results are pending.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/31/2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian* (signature)
Signature of Judicial Officer

5/31/2024
Date