PROB 12C
(6/16)

Report Date: July 23, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Artemisa Sanchez | Case Number: 0980 4:22CR06045-SAB-1 |
| Address of Offender: ███████, Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 4, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 18 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Brandon L. Pang | Date Supervision Commenced: January 29, 2024 |
| Defense Attorney: Jennifer R. Barnes | Date Supervision Expires: January 28, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 1, 2024.

On January 29, 2024, a U.S. Probation Officer reviewed all conditions of supervised release with Ms. Sanchez, of which she acknowledged a full understanding.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Sanchez is considered to be in violation of her supervised release by incurring new criminal charge for second degree assault, a felony offense, on or about January 2, 2025, in Franklin County Superior Court docket 25-150027-11.<br><br>According to the Affidavit of Probable Cause, on or about January 2, 2025, Ms. Sanchez and another individual were invited inside the victim's apartment. Once inside, it is alleged Ms. Sanchez took the victim's phone and told the victim they had "5 minutes to text 3 people to save her." When the victim made an attempt to leave the apartment, Ms. Sanchez reportedly told them they were not allowed to leave, grabbed the victim by the neck, and pushed them onto a bed. The individual accompanying Ms. Sanchez then allegedly threatened the victim with a firearm. After some time, it is reported Ms. Sanchez and the other individual left the apartment. |

Prob12C
Re: Sanchez, Artemisa
July 23, 2025
Page 2

        As of this writing, this case remains pending in Franklin County Superior Court, and a warrant remains active for her arrest.

9    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Ms. Sanchez is considered to be in violation of her supervised release by incurring new criminal charge for unlawful imprisonment, a felony offense, on or about January 2, 2025, in Franklin County Superior Court docket 25-150027-11.

    Refer to the supporting evidence information in violation #8.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/23/2025
Date